UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SAMUEL MOSES, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:22-CV-365-KAC-JEM ) |
| STATE OF TENNESSEE, | ) ) |
| Respondent. | ) |

**JUDGMENT ORDER**

In the accompanying Memorandum Opinion and Order, the Court **DISMISSED** Petitioner's Petition for Writ of Habeas Corpus **WITHOUT PREJUDICE**. Because any appeal from the Court's Memorandum Opinion and Order would not be taken in good faith, the Court **DENIED** Petitioner leave to appeal in *in forma pauperis* if he should file a notice of appeal. *See* Fed. R. Civ. P. 24. Because no issues remain in this case, the Court **ORDERS** the Clerk to close the case.

**SO ORDERED.**

**ENTER:**

 s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTER AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT